IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| ANNA MELIS, | |
| Plaintiff, | Case No. 1:25-cv-01295 |
| v. | Judge Thomas M. Durkin |
| THE PARTNERSHIPS AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE "A", | Magistrate Judge Beth W. Jantz |
| Defendants. | |

## NOTICE OF DISMISSAL

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff hereby files this Notice of Voluntary Dismissal, without prejudice, as to the following Defendant(s) identified on Schedule A of the Complaint:

| NO. | DEFENDANT |
|---|---|
| 6 | Edermurs |
| 7 | Ceiather |
| 10 | Ingrid GL |
| 14 | Gallegils |
| 19 | usjinfeishi |
| 23 | utopmoreus |
| 27 | kes123 |
| 29 | UPONE |
| 62 | yangquanlongdakaiyuekeji |
| 66 | Piklothy |
| 71 | JIEYIZEN |
| 76 | Hongchegh |
| 77 | Hareemi |
| 78 | Guichaokj |
| 80 | Delike |
| 81 | Jibingyi |
| 82 | Qiushaoyue |
| 83 | kudiqi |
| 86 | Manmeipuer |
| 87 | Daoenxida |

| 89  | Jenpsro |
|-----|---------|
| 90  | Senseth |
| 91  | Veronic |
| 92  | MLINS |
| 93  | Cxhuanao |
| 94  | Liguanbao |
| 95  | Ququxian |
| 96  | Ingridstore |
| 99  | Weisidun |
| 100 | WSTEER |
| 101 | Sipeihong |
| 103 | Qiditong |
| 104 | Guyelim |
| 105 | Xindingxi |
| 106 | Plaudnumber |
| 107 | Mizhichuiyu |
| 108 | Linaichen |
| 109 | Weijiyouyu |
| 110 | GANSWAN |
| 111 | JMXIANG |
| 112 | Yjiayi |
| 113 | Pingxizhi |
| 114 | Recardis |
| 115 | Judicid |
| 116 | Troglfold |
| 117 | Sanlugu |
| 118 | YuYiSan |
| 119 | Shisuyan |
| 120 | Salinist |
| 121 | Zonhebin |
| 122 | Gongchuicheng |
| 123 | Eease |
| 124 | Waxiayu |
| 125 | Gardnery |
| 126 | CowanMic |
| 127 | Chenpulu |
| 128 | Chuangji |
| 129 | ReageLinjia |
| 130 | Chidian |
| 131 | Itselfer |
| 132 | MIQIN Co.Ltd |
| 133 | Miangastore |
| 134 | Entireivity |
| 135 | Yvbunfap |

| | |
|---|---|
| 136 | Axiokin |
| 137 | Zoyueyie Co.Ltd |
| 141 | Murdoffiu |
| 142 | ZHAOYIQ |
| 143 | KEWENN |
| 145 | PeggyDoll |
| 146 | Romansa |
| 147 | LiheShen |
| 148 | LWEEIN |
| 149 | TOPBATHY |
| 150 | DancingRoom |

DATED: May 27, 2025

Respectfully submitted,

*/s/ Keith A. Vogt*
Keith A. Vogt (Bar No. 6207971)
Keith Vogt, Ltd.
33 W. Jackson Blvd., #2W
Chicago, Illinois 60604
Telephone: 312-971-6752
E-mail: keith@vogtip.com

**ATTORNEY FOR PLAINTIFF**

**CERTIFICATE OF SERVICE**

      The undersigned hereby certifies that a true and correct copy of the above and foregoing document was electronically filed on May 27, 2025 with the Clerk of the Court using the CM/ECF system, which will automatically send an email notification of such filing to all registered attorneys of record.

                                               */s/ Keith A. Vogt*
                                               Keith A. Vogt